# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-2502
Lower Tribunal No. 2018-CA-010536-O

_____

DANIEL K. WELLS and KIMBERLY S. WELLS,

Appellants,

v.

HOLIDAY INN CLUB VACATIONS, INC.,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Vincent S. Chiu, Judge.

May 28, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and MIZE and GANNAM, JJ., concur.


Jordan T. Isringhaus, J. Andrew Meyer, and Aaron M. Swift, of Finn Law Group, P.A., St. Petersburg, for Appellants.

Allison Morat, of Bitman, O'Brien & Morat, PLLC, Lake Mary, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED